IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO VAZQUEZ and OFELIA VAZQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RECONTRUST COMPANY and COUNTRYWIDE HOME LOANS, INC.,<br><br>Defendants. | No. CV-F-08-1685 OWW/GSA<br><br>ORDER DIRECTING PLAINTIFFS TO APPEAR PERSONALLY OR TELEPHONICALLY ON MONDAY, FEBRUARY 9, 2009 |

Defendants filed a motion to dismiss Plaintiffs' complaint on November 7, 2008, (Docs. 9-10).  Plaintiffs, who are represented by M.W. Roth, P.L.C., have not filed an opposition or statement of non-opposition to the motion to dismiss within the time required by Rule 78-230, Local Rules of Practice.

On February 2, 2009, the Court learned that M.W. Roth, P.L.C., may no longer be practicing law and that Plaintiffs may no longer be represented by counsel in this action.  Plaintiffs have the option of representing themselves in this action or of

retaining new counsel to represent them.[1]  Plaintiffs are ORDERED to personally or telephonically appear on Monday, February 9, 2009 at 10:00 a.m. in Courtroom 3, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California, for the purpose of deciding whether Plaintiffs intend to represent themselves or intend to retain new counsel.  If Plaintiffs elect to appear telephonically, Plaintiffs must so notify Courtroom Deputy Alice Timken at (559) 499-5652 no later than 4:00 p.m. on Friday, February 6, 2009, and shall provide Ms. Timken with a telephone number where Plaintiffs may be reached when the case is called on February 9, 2009.  If Plaintiffs elect to appear telephonically, they must be available at their designated telephone number until they are contacted by the Court.[2]

---

[1] **Plaintiffs are advised that Rule 83(a), Local Rules of Practice, provides:**

> Any individual who is representing himself or herself without an attorney must appear personally or by courtesy appearance by an attorney admitted to the Bar of this Court and may not delegate that duty to any other individual, including husband or wife, or any other party on the same side appearing without an attorney.  Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil ... Procedure and by these Local Rules.  All obligations placed on 'counsel' by these Local Rules apply to individuals appearing <u>in propria persona</u>.  Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules.

[2] Although this matter is set for 10:00 a.m. on February 9, 2009, the number of other matters to be heard on that date may delay the calling of Plaintiffs' case.

2

1 **The merits of Defendants' motion to dismiss will not be**
2 **heard until the issue of Plaintiffs' representation is resolved**
3 **or the Court otherwise determines.**
4     IT IS SO ORDERED.
5 **Dated:   February 3, 2009**             /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE