# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GONZALO VAZQUEZ and OFELIA VAZQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 08-CV-01685 OWW (GSA)<br><br>[Assigned to the Hon. Oliver W. Wanger, Dept. 3]<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE FOLLOWING PLAINTIFFS' NON-APPEARANCE AT ORDER TO SHOW CAUSE HEARING**<br><br>Hearing<br>Date:     Monday, June 1, 2009<br>Time:     10:00 a.m.<br>Location: 2500 Tulare Street<br>              Fresno, CA 93721<br>              Courtroom   3 |

///

///

///

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

An Order to Show Cause Regarding Why This Case Should Not Be Dismissed For Plaintiffs' Failure to Prosecute came on for hearing on the Court's regular motion calendar on June 1, 2009, at 10:00 a.m. There being no appearance by or on behalf of Plaintiffs, the Court dismissed Plaintiffs' Complaint without prejudice.

IT IS SO ORDERED.

Dated: 6/12/2009          /s/ OLIVER W. WANGER
                          Oliver W. Wanger, District Court Judge
                          United States District Court
                          Eastern District of California

C039590/0227501/406643.1